COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    National Collegiate Student Loan Trust 2006-3 v. Angela Annis-Acebo; National Collegiate Student Loan Trust 2006-4 v. Angela Annis-Acebo; National Collegiate Student Loan Trust 2007-1 v. Angela Annis-Acebo

Appellate case numbers:  01-16-00107-CV; 01-16-00109-CV; 01-16-00110-CV

Trial court case number:  2013V-0076; 2013V-0077; 02013V-0078

Trial court:             155th District Court of Austin County

On June 7, 2016, this Court issued an order, directing the court reporter to file the reporter's record, without the missing exhibit 1, on or before June 17, 2016. The reporter's record has not been filed. The parties have advised this Court that a hearing has been requested to determine if the missing exhibit can be replaced. Once the trial court has determined what constitutes an accurate copy of the missing exhibit 1, this portion of the reporter's record may be supplemented.

Accordingly, we order the court reporter to file the reporter's record on or before July 29, 2016.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court


Date:  July 19, 2016